## CIRCUIT COURT OF THE CITY OF DANVILLE

Larry Bass
and Bethany Bass

v.

Frances Young

January 17, 1996

Case No. 95-63

BY JUDGE WILLIAM N. ALEXANDER, II

I have located a copy of the Nationwide Intercompany Arbitration Agreement.

I have serious concerns about the constitutionality of Va. Code § 38.2-2231. I believe the Section violates Article I, Section 11, of the Virginia Constitution. Our Constitution guarantees the right to a trial by a jury in those cases where that right existed when the Constitution of Virginia was adopted. *Bowman v. Virginia State Entomologist*, 128 Va. 351, 372 (1920). The constitutional provision is applicable to common law actions seeking damages. *O'Brien v. Snow*, 215 Va. 403, 405 (1974). The arbitration agreement provided for by § 38.2-2231 provides for a mandatory arbitration, does away with the right to a jury trial, and provides no right to appeal or a judicial review of the arbitrator's decision.

Because of the constitutional concerns, I will not require that the parties submit to the mandatory and binding arbitration required by the Statute. The litigation shall proceed, and the motion to dismiss will be denied.